UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
BORISLAY CHIMITDORZHYEY,

                     Plaintiff,

      -against-

NASSAU COUNTY SHERIFF, John Doe, ARMOR
MEDICAL SERVICE, John Doe, NASSAU
COUNTY CORRECTIONAL FACILITY and
STATE OF NEW YORK,

                     Defendants.
----------------------------------------------------------X

ORDER
12-CV-5508 (SJF)(WDW)

**FILED**
IN CLERK'S OFFICE
US DISTRICT COURT E D N Y

★    JAN 15 2013    ★

LONG ISLAND OFFICE

FEUERSTEIN, District Judge:

Pursuant to the Court's February 13, 2012 Order of Consolidation, the Court has reviewed the instant complaint and finds that it relates to the subject matter of the Consolidated Action, <u>Anderson, et al. v. Sposato, et al.</u>, 11-CV-5663 (SJF)(WDW). Accordingly, this action shall proceed in accordance with the Order of Consolidation, a copy of which is annexed hereto.

The Court certifies pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith and therefore <u>in forma pauperis</u> status is denied for the purpose of any appeal. See <u>Coppedge v. United States</u>, 369 U.S. 438, 444-45, 82 S. Ct. 917, 8 L. Ed.2d 21 (1962).

The Clerk of the Court is directed to mail a copy of this Order and the Order of Consolidation to the <u>pro se</u> plaintiff at his last known address.

SO ORDERED.

                                                /s/ Sandra J. Feuerstein

                                                Sandra J. Feuerstein
                                                United States District Judge

Dated:    January 15, 2013
             Central Islip, New York